**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7403**

─────────────

CLEVELAND MCKINLEY DAVIS,

                                    Petitioner - Appellant,

        versus

RONALD ANGELONE, Director, Virginia Department
of Corrections,

                                    Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-97-214-AM)

─────────────

Submitted: August 13, 1998          Decided: August 28, 1998

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Cleveland McKinley Davis, Appellant Pro Se. Kimberley Ann Whittle, Pamela Anne Rumpz, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Davis v. Angelone</u>, No. CA-97-214-AM (E.D. Va. July 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>